IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASIA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-741 |
| | ) | Judge Mark R. Hornak |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| SOLANGE KNOWLES, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this 29th day of June, 2018, after Plaintiff Asia Johnson filed a Motion for Leave to Proceed *in forma pauperis* in the above-captioned case, ECF No. 1, after a Report and Recommendation was filed by the Chief United States Magistrate Judge, ECF No. 4, and no Objections thereto having by filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that this action is DISMISSED with prejudice and the Motion for Leave to Proceed *in forma pauperis* is DENIED as moot.

Mark R. Hornak
United States District Judge

cc: The Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Asia Johnson
1807 West Street
Munhall, PA 15120